No. 00–151. UNITED STATES v. OAKLAND CANNABIS BUYERS' COOPERATIVE ET AL. C. A. 9th Cir. Certiorari granted. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–6677. PENRY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–2085. MEJIA RODRIGUEZ v. RENO, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–10049. COMER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–10053. SCOTT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–129. LOCAL 1011, UNITED STEELWORKERS OF AMERICA, AFL–CIO, CLC v. HERMAN, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 00–131. K. D. M., A MINOR, BY AND THROUGH HIS FATHER AND NEXT FRIEND, W. J. M. v. REEDSPORT SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–182. TAYLOR ET UX. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–200. SEGUROS LA REPUBLICA, S. A. v. BRITISH INTERNATIONAL INSURANCE CO. LTD. C. A. 2d Cir. Certiorari denied.

No. 00–248. WEST ET AL. v. CONGEMI ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–256. MARIANI v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–259. ELLIOTT ET AL. v. COMMODITY FUTURES TRADING COMMISSION. C. A. 7th Cir. Certiorari denied.